MINUTE ENTRY
DUVAL, J.
MARCH 25, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS CALIX | CIVIL ACTION |
| VERSUS | NO. 14-2430 |
| ASHTON MARINE LLC, ET AL | SECTION K (2) |

BEFORE JUDGE STANWOOD R. DUVAL, JR.
Case Manager: Bridget Gregory
Court Recorder: Toni Tusa

Appearances:  Roberto Costales and William Beaumont for the Plaintiff
              Anthony Staines and James Crouch, Jr. for Defendants

Motion of Plaintiff, Carlos Calix, to Certify Class    (9)

After argument - **IT IS ORDERED** that the motion is **GRANTED** and the case is conditionally certified, for the reasons stated orally on the record.  **IT IS FURTHER ORDERED** that the parties meet and confer upon the notice and consent form to potential opt-in plaintiffs.  Parties shall submit a joint proposed notice to the Court for review, prior to distributing the notice.  If parties are unable to agree, the parties shall each submit their proposed notice to the Court within 20 days of this order of the Court.

JS10:  00:26