UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS CALIX ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-2430 c/w 15-3622 |
| ASHTON MARINE LLC ET AL. | SECTION "K" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiffs' Motion for Attorney's Fees, Record Doc. No. 104, is GRANTED IN PART AND DENIED IN PART and that defendants, Ashton Marine, LLC and Paul M. Boudreaux, pay to plaintiffs, Carlos Calix, Denis Valladares, Orlando Hernandez, Neri Hernandez, Isaias Castillo, and Lazaro Castro, the amount of $71,048.00 in reasonable attorney's fees.

New Orleans, Louisiana, this __8th__ day of _____August_____, 2016.

_____
UNITED STATES DISTRICT JUDGE